

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2019

No. 04-19-00598-CV

**IN THE INTEREST OF J. C. W. AND I.O.W,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-015
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

The clerk's record in this case was originally due on August 5, 2019. On September 17, 2019, this court granted the district clerk's request for an extension of time to file the record until October 4, 2019. On October 4, 2019, the district clerk requested an additional week to file the clerk's record. After consideration, we **GRANT** the requested extension and **ORDER** the district clerk to file the clerk's record by **October 11, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk